IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Yellow Corporation, *et al.* | ) Bankruptcy Case No. 23-11069-CTG |
| Debtors. | ) (Jointly Administered) |
| International Brotherhood of Teamsters, *et al.*, | ) Civil Action No. 1:25-cv-00307-JLH |
| Petitioners, | ) |
| v. | ) |
| Yellow Corporation, | ) |
| Respondent. | ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer R. Hoover, Esquire, Kevin M. Capuzzi, Esquire and John C. Gentile, Esquire, of Benesch, Friedlander, Coplan & Aronoff LLP, hereby enter their appearance on behalf of the Official Committee of Unsecured Creditors, reserving and without waiving any and all claims and defenses.

Date: March 19, 2025

/s/ John C. Gentile
Jennifer R. Hoover (#5111)
Kevin M. Capuzzi (#5462)
John C. Gentile (#6159)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

25710029