# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Yellow Corporation, *et al.* | ) Bankruptcy Case No. 23-11069-CTG ) |
| Debtors. | ) (Jointly Administered) ) |
| International Brotherhood of Teamsters, *et al.*, | ) Civil Action No. 1:25-cv-00307-JLH ) |
| Petitioners, | ) ) |
| v. | ) ) |
| Yellow Corporation, | ) ) |
| Respondent. | ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Philip C. Dublin, Esquire, to represent the Official Committee of Unsecured Creditors in this matter.

Date: March 19, 2025

                                                               */s/ John C. Gentile*
                                                               John C. Gentile (#6159)
                                                               **BENESCH, FRIEDLANDER, COPLAN**
                                                                   **& ARONOFF LLP**
                                                                 1313 N. Market Street, Suite 1201
                                                                 Wilmington, DE 19801
                                                                 (302) 442-7010
                                                                 jgentile@beneschlaw.com

                                                                 *Counsel for the Official Committee of*
                                                                 *Unsecured Creditors*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court upon the filing of this motion.

Date:  March 19, 2025

*/s/ Philip C. Dublin*
Philip C. Dublin, Esq.
**AKIN GUMP STRAUSS HAUER
    & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
(212) 872-1000
pdublin@akingump.com