# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YELLOW CORPORATION, *et al.*,<br><br>      Debtor.<br><br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS, *et al.*,<br><br>      Appellants,<br>   v.<br><br>YELLOW CORPORATION,<br><br>      Appellee. | Chapter 11<br>Bk. No. 23-11069 (CTG)<br>BK. BAP No. 25-00016<br><br><br><br><br><br>Civil Action No. 25-307-JLH |

## ORDER

At Wilmington, this 23rd day of April 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 22), IT IS ORDERED that the recommendation is accepted.

_____
The Honorable Jennifer L. Hall
United States District Judge