**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, et al., | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., | ) | |
| | ) | |
| | ) | |
| Appellants, | ) | Civ. Action No. 25-cv-0307-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| YELLOW CORPORATION, et al.,[1] | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| | ) | |
| YELLOW CORPORATION, et al., | ) | |
| | ) | |
| Cross-Appellants, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 25-cv-0377-JLH |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., | ) | |
| | ) | |
| Cross-Appellees. | ) | |
| | ) | |

**ORDER CONSOLIDATING APPEAL AND CROSS-APPEAL**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

This matter having come before the Court on Debtors' Unopposed Motion To Consolidate Bankruptcy Appeal And Cross-Appeal, the Court having reviewed the Motion, and the Court finding that good cause exists to grant the relief in the Motion,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The appeal and cross-appeal respectively docketed in this Court under Civ. Action No. 25-cv-0307-JLH and Civ. Action No. 25-cv-0377-JLH are hereby consolidated.

3.      The following briefing schedule shall apply to the consolidated appeal and cross-Appeal:

(a)      The Unions' Opening Brief due thirty (30) days after the date of transmittal of the record to the District Court following the Parties' designations and counter-designations for the Unions' appeal;

(b)      Yellow's Opening Brief and Response to the Unions' Opening Brief due thirty (30) days following electronic filing of the Unions' Opening Brief, or 30 days after the date of transmittal of the record to the District Court following the parties' designations and counter-designations for Yellow's cross-appeal, whichever is later;

(c)      The Unions' Reply Brief and Response to Yellow's Opening Brief due thirty (30) days following electronic filing of the Yellow's Opening Brief and Response to the Unions' Opening Brief; and

(d)      Yellow's Reply Brief due fourteen (14) days following electronic filing of the Unions' Reply Brief and Response to Yellow's Opening Brief.

Dated: __April 23_____, 2025
Wilmington, Delaware

_____
HON. JENNIFER L. HALL
UNITED STATED DISTRICT JUDGE