# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,<br><br>  Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG) |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al.,<br><br>  Appellants,<br><br>  v.<br><br>YELLOW CORPORATION, et al.,[1]<br><br>  Appellees. | Civ. Action No. 25-cv-0307-JLH<br>Civ. Action No. 25-cv-0377-JLH |

**DEBTORS' UNOPPOSED MOTION FOR EXTENSION OF TIME
REGARDING BRIEFING SCHEDULE**

Debtors Yellow Corporation and its affiliated entities ("Debtors" or "Yellow"), by and through their undersigned counsel, file this motion (the "Motion") to extend the briefing schedule in the above-consolidated appeals. Under the current briefing schedule, Debtors' brief is due on June 19, 2025. Because June 19, 2025, is both a federal holiday and an office holiday for Debtors' counsel, and staff at Debtors' counsel will not be available to finalize the brief, Debtors respectfully request an extension of one day to file their Opening Brief and Response to the Unions' Opening Brief, until and including June 20, 2025. Debtors have conferred with counsel for the International Brotherhood of Teamsters and Teamsters National Freight Industry

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Negotiating Committee, and the International Association of Machinists and Aerospace Workers (the "Unions"), who does not oppose this motion. In addition, the parties have further agreed that the Unions' deadline to file their Reply Brief and Response to Yellow's Opening Brief shall be moved to July 28, 2025, and that the deadline for Debtor's Reply Brief shall be moved to August 11, 2025.

Debtors therefore respectfully request a revision of the briefing schedule as follows:

    (a)    Yellow's Opening Brief and Response to the Unions' Opening Brief will be due on June 20, 2025;

    (b)    The Unions' Reply Brief and Response to Yellow's Opening Brief will be due on July 28, 2025; and

    (c)    Yellow's Reply Brief will be due on August 11, 2025.

For the foregoing reasons, Debtors respectfully request that the Court grant this Motion and enter an order substantially similar to the attached **Exhibit A** modifying the parties' agreed-upon briefing schedule.

| | |
|---|---|
| Dated: June 13, 2025<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:         ljones@pszjlaw.com<br>                    tcairns@pszjlaw.com<br>                    pkeane@pszjlaw.com<br>                    ecorma@pszjlaw.com |

 -and-

Patrick J. Nash, P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          patrick.nash@kirkland.com
                     david.seligman@kirkland.com
                     michael.esser@kirkland.com

 -and-

Michael P. Esser (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
555 California, Suite 27
San Francisco, CA 94104
Telephone:   (202) 389-5000
Facsimile:    (415)439-1500
Email: michael.esser@kirkland.com

 -and-

George Hicks (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:     (202) 389-5000
Facsimile:     (202) 389-2500
Email:          george.hicks@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

4915-4648-4046.1 96859.001

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. L.R. 7.1.1, the undersigned hereby certifies that counsel for the Debtors have met and conferred with counsel for the Unions (as defined in the Motion) and reached agreement on the matters set forth in this Motion and the Debtors and the Unions support the relief requested in this Motion.

Dated: June 13, 2025              */s/ Peter J. Keane*
                                        Peter J. Keane (DE Bar No. 5503)

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. Bankr. P. 8015(h), the undersigned hereby certifies that this Motion complies with the type-volume limitation of Fed. R. Bankr. P. 8013(f)(3)(A). Exclusive of the exempted portions specified in Fed. R. Bankr. P. 8015(g), the motion contains 384 words. The Motion has been prepared using Microsoft Word. The undersigned has relied upon the word count feature of this word processing software in preparing this certificate.

Dated:  June 13, 2025              */s/ Peter J. Keane*
                                        Peter J. Keane (DE Bar No. 5503)