*1*

## **Exhibit A**

**Proposed Order**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, et al., | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., | ) ) ) ) | |
| Appellants, | ) ) | Civ. Action No. 25-cv-0307-JLH |
| v. | ) ) ) | Civ. Action No. 25-cv-0377-JLH |
| YELLOW CORPORATION, et al.,[1] | ) ) ) | |
| Appellees. | ) ) | |

**ORDER EXTENDING BRIEFING SCHEDULE**

Upon consideration of the Debtors' Unopposed Motion for Extension of Time Regarding Briefing Schedule filed by Debtors Yellow Corporation and its affiliated entities ("Debtors" or "Yellow"), seeking entry of an order (the "Order") to extend the briefing schedule in the above-consolidated appeals.

The briefing schedule shall be modified as follows:

(a) Yellow's Opening Brief and Response to the Unions' Opening Brief will be due on June 20, 2025;

(b) The Unions' Reply Brief and Response to Yellow's Opening Brief will be due on July 28, 2025; and

(c) Yellow's Reply Brief will be due on August 11, 2025.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: _____, 2025           _____
Wilmington, Delaware                              Honorable Jennifer L. Hall
                                                                                        United States District Court Judge

4932-6280-6350.1 96859.001