# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No. 23-11069 (CTG) |
| Debtors. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., | |
| Appellants, | Civ. Action No. 25-cv-0307-JLH |
| v. | |
| YELLOW CORPORATION, et al.,[1] | |
| Appellees. | |

## YELLOW'S RESPONSE TO THE UNIONS' REQUEST FOR ORAL ARGUMENT

Yellow disagrees with the Unions' characterization of the case and the issues in their August 14 request for oral argument. Nevertheless, because oral argument may help the Court understand the various misstatements of the law and record in the Unions' merits briefing, Yellow does not oppose oral argument should this Court deem it helpful.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1

4905-2737-0847.1 96859.001

| | |
|---|---|
| Dated:  August 15, 2025<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward Corma<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400l<br>Email:        jones@pszjlaw.com<br>                    tcairns@pszjlaw.com<br>                    pkeane@pszjlaw.com<br>                    ecorma@pszjlaw.com<br><br>George W. Hicks, Jr. (*admitted pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone:  (202) 389-5000<br>Facsimile:   (202) 389-2500<br>Email:        george.hicks@kirkland.com<br><br>Patrick J. Nash, P.C. (*admitted pro hac vice*)<br>Allyson B. Smith (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:        patrick.nash@kirkland.com<br>                    allyson.smith@kirkland.com |

4905-2737-0847.1 96859.001

3

        Michael P. Esser (*admitted pro hac vice*)
        KIRKLAND & ELLIS LLP
        555 California, Suite 27
        San Francisco, CA  94104
        Telephone:  (202) 389-5000
        Facsimile:  (415) 439-1500
        Email:       michael.esser@kirkland.com

*Counsel for Appellees/Cross-Appellants Yellow Corporation and Affiliates*

4905-2737-0847.1 96859.001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2025, I electronically filed the foregoing brief via CM/ECF, which will send notice of the filing to all counsel of record.

Date: August 15, 2025

/s/ *Peter J. Keane*
Peter J. Keane