**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: Yellow Corporation, *et al.*,<br><br>Debtors. | : | Chapter 11<br><br>Bk. Case No. 23-11069 (CTG) |
| International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, International Association of Machinists and Aerospace Workers,<br><br>Appellants and Cross-Appellees,<br><br>v.<br><br>Yellow Corporation, *et al.*,<br><br>Appellees and Cross-Appellants. | : | Civ. No. 25-307 (JLH)<br>Civ. No. 25-377 (JLH) |

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE, AND INTERNATIONAL ASSOCIATION OF MACHINISTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(i) and Bankruptcy Rule 8009, the International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee ("TNFINC"), and International Association of Machinists (hereinafter "Appellants" or "Unions" ), by their attorneys, hereby give notice that they intend to present the following issues on appeal to the United States Court of Appeals for the Third Circuit and designation of items to be included in the record in connection with Appellants' appeal filed July 14, 2026 [D.I. 60].

## I. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Did the District Court apply the wrong standard of review and/or more generally err when it overturned the Bankruptcy Court's decision and concluded that the WARN Notices

that Yellow issued to the Unions included sufficient factual content to permit Yellow to invoke the faltering company defense to WARN Act liability?

2. Did the Bankruptcy Court err by measuring whether Yellow was covered by the WARN Act at the time it announced its decision to terminate its Union employees; rather than at the earlier time(s) when it decided to close its terminals, ordered the closing of its terminals, or ordered a single mass layoff of its Union and non-union employees?

3. Even if whether Yellow was covered by the WARN Act should be measured on July 30, 2023, did the Bankruptcy Court err by applying the liquidating fiduciary test rather than the statutory business enterprise test to determine whether Yellow was covered by the WARN Act?

4. Did the Bankruptcy Court err by concluding that Yellow's explanation in its WARN Notices for why the notice period was shortened on account of the faltering company defense was objectively reasonable?

5. Did the Bankruptcy Court err by concluding that the faltering company defense provided Yellow with a complete defense to WARN liability, so that it can establish a good faith defense to WARN liability without demonstrating that its WARN Notices' failure to identify TNFINC's strike notice as the business circumstance that caused its closing was objectively reasonable? If so, were Yellow's WARN Notices' failure to mention TNFINC's strike notice objectively reasonable?

## II. DESIGNATION OF ITEMS FOR INCLUSION IN THE RECORD ON APPEAL

| A. UNIONS' PROOFS OF CLAIM | | | | |
|---|---|---|---|---|
| ITEM | Bk Ct D.I. No. | District Ct D.I. No. 25-307 | DATE | DESCRIPTION |
| 1 | **[1] | | 11/10/23 | Proof of Claim No. 17261 filed by International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee against USF Holland LLC. |
| 2 | ** | | 11/10/23 | Proof of Claim No. 17258 filed by International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee against USF Reddaway, Inc. |
| 3 | ** | | 11/10/23 | Proof of Claim No. 17253 filed by International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee against New Penn Motor Express, LLC. |
| 4 | ** | | 11/10/23 | Proof of Claim No. 17248 filed by International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee against YRC, Inc. |
| 5 | ** | | 11/10/23 | Proof of Claim No. 16680 filed by International Association of Machinists against YRC, Inc. |
| 6 | ** | | 11/10/23 | Proof of Claim No. 16681 filed by International Association of Machinists against USF Holland, LLC |

[1] ** Pursuant to instructions from the District Court, designated items which are not on the Bankruptcy Court's docket, including proofs of claim, deposition designations and trial exhibits, were filed in the District Court in connection with the appendices to the Unions' briefs or will be filed with the Third Circuit Court of Appeals in connection with the appendices to the Unions' briefs.

| **B. DOCKET ENTRIES (including any exhibit, annex, or addendum thereto):** | | | | |
|---|---|---|---|---|
| ITEM | Bk Ct D.I. No. | District Ct D.I. No. | DATE | DESCRIPTION |
| 7 | 14 | 28 – A0001 through A0043 | 8/7/23 | Declaration of Matthew A. Doheny, Chief Restructuring Officer of Yellow Corporation, in Support of the Debtors' Chapter 11 Petitions and First Day Motions |
| 8 | 20 | 28 - A0044 through A0092 | 8/7/23 | Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses; and (B) Continue Employee Benefits Programs; and (II) Grant Related Relief |
| 9 | 2576 | 28 - A0093 through A0236 | 3/12/24 | Debtors' Third Omnibus (Substantive) Objection to Proofs of Claim for WARN Liability |
| 10 | 2778 | | 3/28/24 | Response of The International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee, and The International Association of Machinists and Aerospace Workers to Debtors' Third Omnibus (Substantive), Fourth Omnibus (Substantive), and Fifth Omnibus (Substantive) Objections to Proofs of Claim For WARN Liability |
| 11 | 3729 | | 6/21/24 | [SEALED] Memorandum of Law In Support of Motion for Summary Judgment |
| 12 | 3794 | | 6/27/24 | [REDACTED] Unions' Memorandum of Law In Support of Motion for Summary Judgment |
| 13 | 4016 | | 7/31/24 | [SEALED] Unions' Amended Memorandum of Law in Support of Motion for Summary Judgment |

| | | | | |
|---|---|---|---|---|
| 14 | 4036 | | 8/5/24 | [REDACTED] Unions' Amended Memorandum of Law in Support of Motion for Summary Judgment |
| 15 | 4286 | | 9/6/24 | [SEALED] Unions' Further Amended Memorandum of Law in Support of Motion for Summary Judgment |
| 16 | 4291 | | 9/6/24 | [SEALED] Debtors' Memorandum of Law in Support of Their Motion for Summary Judgment |
| 17 | 4312 | | 9/11/24 | [REDACTED] Further Amended Memorandum of Law in Support of Unions' Motion for Summary Judgment |
| 18 | 4316 | 28 A0237 through A0452 | 9/11/24 | [REDACTED] Debtors' Memorandum of Law in Support of Their Motion for Summary Judgment |
| 19 | 4440 | | 9/27/24 | [SEALED] Unions' Memorandum of Law in Opposition to Debtors' Motion for Summary Judgment |
| 20 | 4452 | | 9/27/24 | [SEALED] Debtors' Opposition to International Brotherhood of Teamsters and International Association of Machinists' Further Amended Motion for Summary Judgment |
| 21 | 4487 | | 10/2/24 | [REDACTED] Unions' Memorandum of Law in Opposition to Debtors' Motion for Summary Judgment |
| 22 | 4491 | | 10/2/24 | [REDACTED] Debtors' Opposition to International Brotherhood of Teamsters and International Association of Machinists' Further Amended Motion for Summary Judgment |
| 23 | 4505 | | 10/4/24 | [SEALED] Reply Memorandum of Law in Support of International Brotherhood of Teamsters and Teamsters National Freight Negotiating Committee and International Association of Machinists' Motion for Summary Judgment |

| | | | | |
|---|---|---|---|---|
| 24 | 4506 | | 10/4/24 | [SEALED] Debtors' Reply in Support of Their Motion for Summary Judgment |
| 25 | 4528 | | 10/9/24 | [REDACTED] Reply Memorandum of Law in Support of International Brotherhood of Teamsters and Teamsters National Freight Negotiating Committee and International Association of Machinists' Motion for Summary Judgment |
| 26 | 4529 | | 10/9/24 | [REDACTED] Debtors' Reply in Support of Their Motion for Summary Judgment |
| 27 | 4722 | | 10/30/24 | Transcript regarding Hearing Held 10/28/2024 |
| 28 | 5227 | 28 A0453 through A0522 | 12/19/24 | Memorandum Opinion regarding Cross-Motions for Partial Summary Judgment on WARN Act Claims |
| 29 | 5390 | | 1/13/25 | Order Relating to Motions for Summary Judgment Filed in Connection with WARN Claims and Proceedings |
| 30 | 5395 | | 1/13/25 | Certification of Counsel Submitting Debtors' Version of Joint Pretrial Order [Regarding WARN Claims and Proceedings] |
| 31 | 5396 | | 1/13/25 | Certification of Counsel Submitting The Unions' Proposed Pretrial Order Relating To WARN Claims and Proceedings |
| 32 | 5404 | | 1/14/25 | [SEALED] Debtors' WARN Trial Brief |
| 33 | 5405 | | 1/14/25 | International Brotherhood Of Teamsters, Teamsters National Freight Industry Negotiating Committee, And International Association Of Machinists And Aerospace Workers' Trial Brief |
| 34 | 5444 | | 1/16/25 | [REDACTED] Debtors' WARN Trial Brief |
| 35 | 5536 | 28 – A0523 through A0565 (excerpts) | 1/27/25 | Transcript regarding Hearing Held 1/21/25 RE: WARN Trial |

| | | | | |
|---|---|---|---|---|
| 36 | 5537 | 28 – A0566 through A0589 (excerpts) | 1/27/25 | Transcript regarding Hearing Held 1/22/25 RE: WARN Trial |
| 37 | 5538 | 28 – A0590 through A0594 (excerpts) | 1/27/25 | Transcript regarding Hearing Held 1/23/25 RE: WARN Trial |
| 38 | 5591 | | 1/31/25 | Debtors' Post-Trial WARN Brief |
| 39 | 5592 | | 1/31/25 | [SEALED] Unions' Post-Trial WARN Brief |
| 40 | 5612 | | 2/4/25 | [REDACTED] Unions' Post Trial WARN Brief |
| 41 | 5807 | 28 – A0595 through A0630 | 2/26/25 | Memorandum Opinion containing findings of fact and conclusions of law following trial on WARN Act claims |
| 42 | 5867 | 28 – A0631 through A0632 | 3/12/25 | Order Relating to the Trial on the Merits Held in Connection with the WARN Claims and Proceedings |
| 43 | 5868 | 1 | 3/12/25 | Unions' Notice of Appeal |
| 44 | 5972 | 12 | 3/26/25 | Unions' Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal |
| 45 | 6045 | 21 | 4/9/25 | Debtors-Appellees' Counter-designation of Items to be Included in the Record |
| 46 | | 25 | 4/23/25 | Order Consolidating Appeal and Cross-Appeal |
| 47 | 6164 | 26 | 4/23/25 | Union's Counter Designation of Record on Cross Appeal |
| 48 | | 27 | 5/9/25 | Appellants' Opening Brief |
| 49 | | 28 | 5/9/25 | [Sealed] Appendix to Appellants' Opening Brief |
| 50 | | 30 | 5/14/25 | [Redacted] Appendix to Appellants' Opening Brief |

| | | | | |
|---|---|---|---|---|
| 51 | | 51 | 7/28/25 | Appellants' Reply Brief on Appeal and Response Brief on Cross-Appeal |
| 52 | | 52 | 7/28/25 | Combined Appendix to Appellants' Reply Brief on Appeal and Response Brief on Cross-Appeal |
| 53 | | 54 | 8/14/25 | Unions' Citation of Supplemental Authorities |
| 54 | | 58 | 6/29/25 | Opinion |
| 55 | | 59 | 6/29/25 | Order re: Opinion |
| 56 | | 60 | 7/14/26 | Notice of Appeal to United States Court of Appeals for the Third Circuit |
| **C. TRIAL EXHIBITS** | | | | |
| ITEM | Bk Ct D.I. No. | District Ct D.I. No. | DATE | DESCRIPTION |
| 57 | ** | 28 – A1057 through A1064 | 7/31/24 | Union Ex. 17 - Letter Response to Amended Notice of Rule 30(b)(6) deposition |
| 58 | ** | 28 – A0998 through A1054 | 6/27/23 | Union Ex. 30 - District of Kansas Complaint |
| 59 | ** | | | Jt. Ex. 1 - NMFA effective 2019-2022 |
| 60 | ** | | 5/1/23 | Jt. Ex. 18 - Project Prime Materials |
| 61 | ** | | 5/23/23 | Jt. Ex. 29 - Ducera Power Point Deck |
| 62 | ** | 28 – A0977 through A0993 | 6/8/23 | Jt. Ex. 40 - Ducera Power Point Deck |
| 63 | ** | 28 – A1070 through A072 | 6/8/23 | Jt. Ex. 41 - Email from Hawkins to Yellow employees |
| 64 | ** | 28 – A1073 through A1074 | 6/13/23 | Jt. Ex. 44 - Email from Hawkins to Yellow employees |
| 65 | ** | 28 – A1075 through A1076 | 6/23/23 | Jt. Ex. 50 - Email from Hawkins to Yellow employees |
| 66 | ** | 28 – A1077 | 6/27/23 | Jt. Ex. 55 - Email from Hawkins to Yellow employees |

| | | | | |
|---|---|---|---|---|
| 67 | ** | | 7/17/23 | Jt. Ex. 68 - TNFINC strike notice and accompanying documents |
| 68 | ** | | 7/21/23 | Jt. Ex. 70 - Email re: Roster Severance Estimates and attached excel spreadsheet |
| 69 | ** | 28 – A1078 | 7/20/23 | Jt. Ex. 75 - Email from Hawkins to Yellow employees |
| 70 | ** | | 7/21/23 | Jt. Ex. 76 - Email re: data request |
| 71 | ** | | 7/21/23 | Jt. Ex. 77 - Email re: Roster Severance Estimates and attached excel spreadsheet |
| 72 | ** | | 7/21/23 | Jt. Ex. 78 - Email re: Project Denali |
| 73 | ** | | 7/21/23 | Jt. Ex. 79 - Email re: Severance Estimates |
| 74 | ** | | 7/22/23 | Jt. Ex. 80 - Email re: Call re Employee Comms |
| 75 | ** | 28 – A0994 through A0995 | 7/23/23 | Jt. Ex. 82 - Yellow Board Meeting Minutes |
| 76 | ** | | 7/23/23 | Jt. Ex. 83 - Yellow Board Meeting Minutes |
| 77 | ** | 28 – A0996 through A0997 | | Jt. Ex. 84 - Draft press release |
| 78 | ** | | 7/24/23 | Jt. Ex. 86 - Email re: Headcount Reduction Analysis and attached excel spreadsheet |
| 79 | ** | | 7/26/23 | Jt. Ex. 91 - Board Meeting Minutes |
| 80 | ** | 28 – A1055 through A1056 | | Jt. Ex. 95 - Non-Union Talking Points |
| 81 | ** | | | Jt. Ex. 101 - Talking points union layoff |
| 82 | ** | 28 – A0971 | 7/30/23 | Jt. Ex. 105 - WARN notice to Machinists |
| 83 | ** | 28 – A0972 | 7/30/23 | Jt. Ex. 108 - WARN notice to Teamsters |
| 84 | ** | | 8/7/23 | Jt. Ex. 118 -Yellow Press Release |
| 85 | ** | 28 – A0974 through A0976 | | Jt. Ex. 126 - Ducera Timeline |

| | | | | |
|---|---|---|---|---|
| 86 | ** | | 7/31/23 | Jt. Ex. 139 - Email re: Revenue, Quality, and Labor Reports |
| 87 | ** | | 7/19/23 | Debtors Ex. 95 - Press Release |
| 88 | ** | | 7/22/23 | Debtors Ex. 98 - Press Release |
| 89 | | 28 – A1065 through A1069 | 2/27/23 | Debtors Ex. 128 - Email and letter announcing effects of proposed change of operations |

## III. RESERVATION OF RIGHTS

Unions expressly reserve, and do not waive the right to amend, supplement, or otherwise modify the foregoing designations, to adopt the designation of any items designated or counter-designated by any other party to this appeal, and/or to object to or move to strike the items designated or counter-designated for inclusion in the record by any such parties. This filing is being made expressly subject to, and without waiver of, any and all rights, remedies, challenges, and objections.

## IV. CERTIFICATION PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(1)(B)

Appellants certify that they are not ordering a transcript because the transcripts of the parts of the proceedings that Appellants consider necessary for the appeal were previously transcribed and are included in this designation of the record on appeal.

[Signatures to Follow]

Dated: July 27, 2026

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*<u>/s/ Susan E. Kaufman</u>*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

-and-

Yingtao Ho (admitted pro hac vice)
THE PREVIANT, LAW FIRM, S.C.
310 W Wisconsin Ave, Suite 100MW
Milwaukee, Wisconsin 53203
(414) 271-4500
(414) 271-6308 Fax
yh@previant.com

*Counsel for Appellants International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, and International Association of Machinists*